THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 David Mario
 Johnson, Appellant.
 
 
 

Appeal From Anderson County
R. Lawton McIntosh, Circuit Court Judge

Unpublished Opinion No. 2012-UP-264    
 Submitted March 1, 2012  Filed May 2,
2012

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General William M. Blitch, Jr., all of Columbia;
 and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: David Mario Johnson appeals his
 convictions for trafficking in cocaine and possession of marijuana, arguing the
 trial court erred in admitting his statement into evidence.  Specifically,
 Johnson avers the police procured his statement through a promise of leniency. 
 We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Saltz,
 346 S.C. 114, 136, 551 S.E.2d 240, 252 (2001) ("When reviewing a trial court's
 ruling concerning voluntariness, this [court] does not reevaluate the facts
 based on its own view of the preponderance of the evidence, but simply
 determines whether the trial court's ruling is supported by any evidence."); United States v. Mashburn, 406 F.3d 303, 309-10 (4th Cir. 2005) (finding
 law enforcement officer's statement that defendant could only help himself by
 providing assistance to law enforcement did not constitute a promise of
 leniency).       
AFFIRMED.
FEW, C.J., and
 HUFF and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.